IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN RE:

JAMES H. KING

    Debtor

*********************************

IRVING AND GARNET EVANS

    Appellants

v.

JAMES H. KING

    Appellees

Civil No. JFM-00-496

ORDER

For the reasons stated in the accompanying memorandum, it is, this 23rd day of February 2000

ORDERED

1. Plaintiff's Emergency Motion To Vacant Order Of Lift Of Stay is denied; and

2. The Clerk if directed to close this file.

J. Frederick Motz
United States District Judge